AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Miller, Ruth | **2. Court or Organization**<br><br>District Court, U.S. Virgin Islands | **3. Date of Report**<br><br>05/10/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full time magistrate judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>Ron de Lugo Federal Building<br>5500 Veterans Drive, 3rd Floor<br>St. Thomas, USVI 00802-0802 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed boat captain |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | June 3-4, 2016 | Philadelphia, Pennsylvania | Client Protection Standing Committee - meeting and forum | Partial transportation, lodging |
| 2. | American Yacht Club - US Sailing | August 14-19, 2016 | Rye, New York | Women's International Keelboat Championships Jury | Transportation |
| 3. | Farr 40 Class Association | September 7-11, 2016 | Chicago, Illinois | Farr 40 North American Champioships Protest Committee | Transportation |

| 4. | American Bar Association | October 21-22, 2016 | Chicago, Illinois | Fall Leadership Conference; Client Protection Standing Committee - meeting | Transportation |
|---|---|---|---|---|---|
| 5. | Melges 24 Class Association | November 28- December 4, 2016 | Miami, Florida | Melges 24 World Champioships Jury | Transportation, lodging, some meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | First Third Bank | Mortgage on property in Chicago, IL | M |
| 2. | Scotiabank | Mortgage on property in St. Thomas, U.S. Virgin Islands | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property, Chicago, IL | D | Rent | N | W | | | | | |
| 2. Property, St. Thomas, VI | E | Rent | | | Sold | 11/07/16 | N | A | Bastien |
| 3. Genworth Financial flex premium adjustable life policy | | None | J | T | | | | | |
| 4. Banco Popular de Puerto Rico account | | None | K | T | | | | | |
| 5. Northern Trust account | | None | J | T | | | | | |
| 6. -Charles Schwab brokerage account (H) | | | | | | | | | |
| 7. -T common | B | Dividend | L | T | | | | | |
| 8. -AAPL common | A | Dividend | J | T | | | | | |
| 9. -ADM common | B | Dividend | K | T | | | | | |
| 10. -BYD common | | None | J | T | | | | | |
| 11. -BMY common | B | Dividend | K | T | | | | | |
| 12. -DUK common | B | Dividend | K | T | | | | | |
| 13. -XOM common | C | Dividend | L | T | | | | | |
| 14. -FTR common | A | Dividend | J | T | | | | | |
| 15. -GE common | B | Dividend | L | T | | | | | |
| 16. -MON common | A | Dividend | J | T | | | | | |
| 17. -NWL common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PFE common | B | Dividend | K | T | | | | | |
| 19. -VZ common | B | Dividend | K | T | | | | | |
| 20. -Fairpoint Coomun Inc XXX | | None | J | T | | | | | |
| 21. -Schwab cash reserves | A | Interest | J | T | | | | | |
| 22. -American High Income Trust Class A | A | Dividend | J | T | | | | | |
| 23. -Capital Income Builder Fund Class A | B | Dividend | K | T | | | | | |
| 24. -Capital World Growth & Income Fund Class A | A | Dividend | J | T | | | | | |
| 25. -The Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 26. -Virtus Global Prem Alphasector(SM) Fund Class A | | None | K | T | | | | | |
| 27. -Virtus Foreign Opportunities Fund ClassA | A | Dividend | K | T | | | | | |
| 28. LPL Financial Inherited IRA account (H) | | | | | | | | | |
| 29. -MCD common | | None | | | Sold | 02/04/16 | M | D | |
| 30. -MSI common | A | Dividend | | | Sold | 02/04/16 | J | | |
| 31. -NWL common | | None | | | Sold | 02/04/16 | J | A | |
| 32. -PEP common | A | Dividend | | | Sold | 02/04/16 | K | C | |
| 33. -PG common | A | Dividend | J | T | Sold (part) | 02/04/16 | K | | |
| 34. -RTN common | A | Dividend | | | Sold | 02/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -VZ common | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 36.   -WMT common | A | Dividend | | | Sold | 02/04/16 | L | | |
| 37.   -WBA common | | None | | | Sold | 02/04/16 | L | D | |
| 38.   -YUM common | A | Dividend | | | Sold | 02/04/16 | J | | |
| 39.   -cash account | A | Interest | J | T | | | | | |
| 40.   -MO common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 41.   -AEP common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 42.   -AAPL common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 43.   -BRK/B common | | None | K | T | Buy | 02/04/16 | J | | |
| 44.   -KO common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 45.   -EMR common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 46.   -ESRX common | | None | J | T | Buy | 02/04/16 | J | | |
| 47.   -FAST common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 48.   -GE common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 49.   -GIS common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 50.   -ITC common | A | Dividend | | | Buy | 02/04/16 | J | | |
| 51. | | | | | Sold | 08/19/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JNJ common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 53. -KHC common | A | Dividend | | | Buy | 02/04/16 | J | | |
| 54. | | | | | Sold | 08/19/16 | J | B | |
| 55. -PAYX common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 56. -PM common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 57. -PEG common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 58. -O common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 59. -SO common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 60. -SE common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 61. -UPS common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 62. -VTR common | A | Dividend | | | Buy | 02/04/16 | J | | |
| 63. | | | | | Sold | 08/19/16 | J | B | |
| 64. -WFC common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 65. -HCN common | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 66. -American High Income Trust Cl F1 | A | Dividend | | | Buy | 02/04/16 | K | | |
| 67. | | | | | Sold | 04/27/16 | K | B | |
| 68. -Doubleline Total Return Bond Cl N | A | Dividend | K | T | Buy | 02/04/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/15/16 | J | A | |
| 70. -JP Morgan Core Bond Cl A | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 71. -Amerigas Partners Ltd | A | Distribution | J | T | Buy | 02/04/16 | J | | |
| 72. -Magellan Midstream Partners Ltd | A | Distribution | K | T | Buy | 02/04/16 | J | | |
| 73. -Mainstay High Yield Corp Bond Cl A | B | Dividend | K | T | Buy | 04/27/16 | K | | |
| 74. | | | | | Sold (part) | 07/15/16 | J | A | |
| 75. -HSBC common | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 76. -PRU common | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544